<pre>
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MICHIGAN
                        SOUTHERN DIVISION - DETROIT
</pre>

IN RE: Renee Anderson                                 Case No. 09-76893-tjt

Renee Anderson,                                       Hon. Thomas J. Tucker
Plaintiff
                                                      CHAPTER 13
         v.

Chase Mortgage,
Defendant                                             Adversary Case No.09-07364

_____/

**DEFAULT JUDGMENT**

**WHEREAS,** on an adversary proceeding was brought by Plaintiff, Renee Anderson, against Chase Mortgage, (the "Defendant") pursuant to Federal Rules of Bankruptcy Procedure 7001, to seek relief in accordance with Section 523 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

**WHEREAS,** the court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334; and

**WHEREAS,** this adversary proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (K), and

**WHEREAS,** venue properly lies in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409; and

**WHEREFORE IT IS ORDERED** that judgment is entered in favor of the Plaintiff(s) and against the Defendant(s) Chase Mortgage, by default for failing to timely plead or otherwise defend the Plaintiff(s) complaint;

**IT IS FURTHER ORDERED** that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 09-76893-tjt, the mortgage ("Mortgage") dated March 6, 2006, covering the following described property situated in the City of Lake Orion, County of Oakland, State of Michigan, and further described as follows:

> Lots 36 and 37, Block 5, BUNNY RUN COUNTRY CLUB ANNEX
> SUBDIVISION, as recorded in Liber 35, Page 22 of Plats, Oakland County Records.
> commonly known as 3232 Birchcreek Court #74-D, Lake Orion, MI 48360-1712

recorded in the Oakland County Register of Deeds at Liber 37346, Page 813, will be stripped from the property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the debtors Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 09-76893-tjt. the Debtor may record a certified copy of this order, with a copy of the debtor's Chapter 13 discharge order attaches, with the Oakland County Register of Deeds, which will constitute and effectuate the discharge of the mortgage.

**IT IS FURTHER ORDERED** that if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 09-76893-tjt, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

**Signed on February 11, 2010**

                                            **/s/ Thomas J. Tucker**
                                              **Thomas J. Tucker**
                                        **United States Bankruptcy Judge**